Steven E. Young (SBN 63278)
sey@ffslaw.com
Armen G. Mitilian (SBN 203132)
agm@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
3415 Sepulveda Boulevard, Suite 1200
Los Angeles, California 90034
Telephone: (310) 255-6100
Facsimile: (310) 391-4042

Attorneys for Plaintiff
CHAMELEON CHAIRS, LLC,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMELEON CHAIRS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RICHWOOD IMPORTS, INC., a California corporation; HALL'S RENTAL SERVICES, INC., an Illinois corporation<br><br>Defendants. | Case No. CV-10-8600 VBF (AJWx)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

Having reviewed the Stipulated Protective Order (the "Stipulation"), and good cause appearing for the relief requested, the Court hereby rules as follows:

1. The Stipulation is approved; and

2. The Stipulation shall govern the parties' disclosure of confidential and proprietary information in this action.

IT IS SO ORDERED.

Dated: July 22, 2011

_____
Andrew J. Wistrich, United States Magistrate Judge