JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMELEON CHAIRS, LLC | CV 10-8600 VBF (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| RICHWOOD IMPORTS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Minute Order of October 4, 2011, granting defendants Richwood Imports, Inc. and Hall's Rental Services, Inc.'s (collectively, "Defendants") motion for summary judgment as to plaintiff Chameleon Chairs, LLC's ("Plaintiff") claim for violation of the Lanham Act, and declining to exercise supplementary jurisdiction as to Plaintiff's remaining state law claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on its claim.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: October 20, 2011     _____

Percy Anderson
UNITED STATES DISTRICT JUDGE